# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2006

129545

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DACIA MATUSZEWSKI,
      Plaintiff-Appellee,

v

CENTRAL MICHIGAN INNS, INC.,
d/b/a HOLIDAY INN,
      Defendant-Appellant.

SC: 129545
COA: 253252
Isabella CC: 03-002255-NO

_____/

On order of the Court, the application for leave to appeal the August 16, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2006

s0120

_____
Clerk